| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
July 30, 2021
Nathan Ochsner, Clerk

Keith D. Nash, §
    Petitioner, §
§
v. § Civil Action H-20-3206
§
Bobby Lumpkin, §
Director, Texas Department §
of Criminal Justice, Correctional §
Institutions Division, §
    Respondent. §

## Order of Adoption

On June 23, 2021, Magistrate Judge Peter Bray recommended that the court grant Respondent Bobby Lumpkin's motion to dismiss, deny Keith D. Nash's two motions for summary judgment, and dismiss Nash's petition for writ of habeas corpus as time barred. (15) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on July 30, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge